1  Patrice R. Zabell (State Bar No. 215459)
   LAW OFFICES OF PATRICE R. ZABELL
2  2700 Ygnacio Valley Road, Suite 237
   Walnut Cree, CA  94598
3  Telephone:  925-932-9455
   Facsimile:  925-932-9468
4
   Attorneys for Plaintiff
5  ELISE F. DAL BIANCO

6  Timothy J. Murphy (State Bar No. 54200)
   Jennifer K. Achtert (State Bar No. 197263)
7  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
8  San Francisco, CA  94111-3712
   Telephone:  (415) 490-9000
9  Facsimile:   (415) 490-9001

10 Attorneys for Defendant
   MIRANT SERVICES, LLC,
11

12

13

14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  ELISE F. DAL BIANCO, | Case No.:  C 10-01696 PJH |
| 17               Plaintiff, | (San Francisco County Superior Court Case No.:  CGC 10-497342) |
| 18        v. | **STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; PROPOSED ORDER** |
| 19  MIRANT SERVICES, LLC, LISA BATTLES, employee and agent of Mirant Services, LLC; MIKE MONTANY, employee and agent of Mirant Services, LLC; and Does 1-10, inclusive. | |
| 20 | |
| 21 | |
| 22               Defendants. | Complaint Filed:  March 2, 2010<br>Trial Date:  None |
| 23 | |

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE     C 10-01696 PJH     1
SanFrancisco 112445.1

1    Plaintiff Elise F. Dal Bianco and Defendant Mirant Services, LLC, by their respective
2 counsel, submit their Stipulation to Continue the Initial Case Management Conference in this
3 matter from July 29, 2010 until September 9, 2010, or to another date convenient to the Court,
4 and in support of this Stipulation state as follows:
5    1.   On March 2, 2010, Plaintiff filed her Complaint in this matter in the San
6 Francisco County Superior Court .
7    2.   Defendants Mirant Services, LLC, Lisa Battles, and Mike Montany were served
8 with a copy of the Complaint and summons through Notice and Acknowledgement effective
9 March 22, 2010.
10    3.   Mirant Services, LLC, filed its notice of removal to this Court on April 20,
11 2010.
12    4.   The motion to dismiss filed by defendants Lisa Battles and Mike Montany was
13 granted on June 9, 2010.
14    5.   The parties request a continuance of the Initial Case Management Conference,
15 currently set for July 29, 2010, because the parties are in the final stages of negotiating a
16 settlement of this matter, and with the expectation that this matter will be dismissed before the
17 continued Case Management Conference.  Counsel for the parties anticipate that they will be
18 able to reach a resolution within the next 7 to 10 days, and anticipate that a request for
19 dismissal will be filed within 30 to 40 days thereafter.
20    6.   This Stipulation is not being submitted for the purpose of undue delay or for any
21 improper purpose.
22
23    WHEREFORE, Plaintiff Elise F. Dal Bianco and Defendant Mirant Services, LLC,
24 respectfully submit their Stipulation requesting the continuance of the Initial Case Management
25 Conference from July 29, 2010, until September 9, 2010, or another date convenient to the
26 Court, with the expectation that this matter will be dismissed before the continued Case
27 Management Conference.
28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    C 10-01696 PJH    2
SanFrancisco 112445.1

1  IT IS SO STIPULATED:

2  DATED:  July 13, 2010                    FISHER & PHILLIPS LLP

3

4                                          By:  /s/ Jennifer K. Achtert
                                                Jennifer K. Achtert
5                                               Attorneys for Defendant
                                                MIRANT SERVICES, LLC
6

7       In accordance with General Order No. 45, Rule X, the above signatory attests that

8  concurrence in the filing of this document has been obtained from the signatory below.

9

10 DATED:  July 13, 2010                    LAW OFFICE OF PATRICE R. ZABELL

11

12                                          By: /s/ Patrice R. Zabell (as authorized 7/13/2010)
                                                Patrice R. Zabell
13                                              Attorneys for Plaintiff
                                                ELISE F. DAL BIANCO
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE      C 10-01696 PJH    3
SanFrancisco 112445.1

1 **ORDER**

2 This matter having come before the Court on the parties' **STIPULATION TO**

3 **CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**, the Initial Case

4 Management Conference in this matter is continued from July 29, 2010, at 2:00 p.m., until

5 September __9___, 2010, at 2:00 p.m.

7 IT IS SO ORDERED.

8 Dated: __7/16/10_____

9 _____
    Hon.
10  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*